Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

**U.S.A. vs. Kathleen M. Steiner**                    **Docket No. 99-00038-002 Erie**

### Petition on Probation

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Kathleen M. Steiner, who was placed on supervision by the Honorable Maurice B. Cohill, Jr., sitting in the Court at Erie, Pennsylvania, on the 4th day of December 2000, who fixed the period of supervision at five years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- The defendant shall not possess a firearm or destructive device.
- The defendant shall not illegally possess a controlled substance.
- The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer unless the defendant is in compliance with the installment payment schedule.
- The defendant shall provide the probation officer with access to any requested financial information.
- The defendant shall participate in a program of testing and, if necessary, treatment for substance abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. Further, the defendant shall be required to contribute to the cost of services for any such treatment in the amount determined by the probation officer, but not to exceed the actual cost. The defendant shall submit to one drug urinalysis within 15 days of his being placed on supervised release and at least two periodic tests thereafter.
- The defendant shall participate in a mental health treatment program as directed by the probation officer, until such time as the defendant is released from the program by the probation officer.
- The defendant shall be place on home detention for a period of four months, to commence at the discretion of the probation office. During this time, the defendant shall remain at her place of residence except for employment and other activities approved in advance by the probation officer. At the direction of the probation officer, the defendant shall wear an electronic device and shall observe the rules specified by the probation officer.
- The defendant is to pay the cost of the electronic monitoring portion of this sentence not to exceed the daily contractual rate. Payment for the electronic monitoring shall be made in accordance with the probation officer's direction. Changes to the established rate can be made by the probation officer subject to supervisory approval.
- The defendant shall pay a special assessment of $100.
- The defendant shall pay $63,106.34 in restitution. Any restitution balance shall be paid in monthly installments of 10 percent of the defendant's gross income

<u>12-04-00</u>:       Conspiracy to Commit Mail Fraud; 5 years' probation; Currently supervised by U.S. Probation Officer Matthew L. Rea.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

Your Petitioner reports that Ms. Steiner has met her court-ordered restitution obligation by making 55 payments totaling $5,727.17. The defendant maintained employment throughout most all of her supervision.

U.S.A. vs. Kathleen M. Steiner
Docket No. 99-00038-002 Erie
Page 2

As of this writing, a balance of $57,379.17 is owed in this case. Ms. Steiner does not have the ability to pay the balance of restitution in full prior to the expiration of her term of supervised release on December 3, 2005. Therefore, it is respectfully recommended that the case be allowed to close with money owing.

PRAYING THAT THE COURT WILL ORDER that the term of probation imposed at Docket No. 99-00038-002 Erie be allowed to expire as scheduled with the restitution due and owing and the case be closed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed
on          10-11-05

ORDER OF COURT

Considered and ordered this ___12ᵗʰ___ day of
___Oct.___ , 20_05_ and ordered filed and made
a part of the records in the above case.

_Maurice B. Cohill, Jr._
Senior U.S. District Judge

_Matthew L. Rea_
Matthew L. Rea
U.S. Probation Officer

_Gerald R. Buban_
Gerald R. Buban
Supervising U.S. Probation Officer

Place:          Erie, PA